| | |
|---|---|
| Name | Tomio B. Narita |
| Bar # | CA SBN 156576 *(Pro Hac Vice)* |
| Firm | Simmonds & Narita LLP |
| Address | 44 Montgomery Street, Suite 3010 |
| | San Francisco, CA 94104 |
| | |
| Telephone | (415) 283-1000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Hayden Scheider )
)
)
Plaintiff, )
) **Case No.**   CV-12-171-PHX-GMS
vs. )
) **Corporate Disclosure Statement**
Midland Credit Management, Inc. and )
Midland Funding DE LLC )
Defendant. )
)
)

This Corporate Disclosure Statement is filed on behalf of __Defendants__ in compliance with the provisions of: *(check one)*

   __X__    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

\_\_\_\_ No such corporation.

\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

_X_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

Encore Capital Group, Inc. _____Relationship\_ Parent, owns 10% of more of any class of Midland Credit Management, Inc.'s equity interests.

_X_ Other(please explain)

Midland Funding DE, LLC is a subsidiary to Midland Credit Management, Inc.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this \_\_6th\_\_\_ day of \_\_April_____, \_2012\_\_\_.

_____s/Tomio B. Narita_____
Counsel of Record

Certificate of Service:

- 2 -