Hyung S. Choi, State Bar 015669
Veronika Fabian, State Bar 018770
CHOI & FABIAN, PLC
90 South Kyrene Road, Ste. 5
Chandler, AZ 85226
Tel:    (480) 517-1400
Fax:    (480) 517-6955
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hayden Scheider, | No. 2:12-cv-00171-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Midland Credit Management, Inc., Midland Funding DE LLC, | |
| Defendants. | |

Plaintiff, through counsel, hereby notifies the Court that Plaintiff and

Defendants, Midland Credit Management, Inc. and Midland Funding DE LLC, have

settled this matter regarding Plaintiff's claims against Defendants. Plaintiff requests

the Court to vacate all deadlines.  Plaintiff and Defendants will file dismissal

paperwork in the near future.

DATED September 20, 2012.

CHOI & FABIAN, PLC

/s/ Hyung S. Choi
Attorneys for Plaintiff

1

## <u>CERTIFICATE OF SERVICE</u>

2

3       I hereby certify that on September 20, 2012, I electronically transmitted the

4   attached document to the Clerk's Office using the CM/ECF System for filing and
transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

6       Tomio B. Narita

7       SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010

8       San Francisco, CA 94104-4816

9       tnarita@snllp.com

10      *Attorneys for Defendants*

11

12

13                                      CHOI & FABIAN, PLC

14                                       /s/ Rosy Sandoval

15                                      Legal Assistant

16

17

18

19

20

21

22

23

24

25

26

27

28