IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hayden Scheider,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Midland Credit Management Incorporated; and Midland Funding DE LLC,<br><br>　　　　　　Defendants. | No. CV-12-171-PHX-GMS<br><br>**ORDER** |

　　　Pursuant to Stipulation for Dismissal (Doc. 36) and good cause appearing,

　　　**IT IS ORDERED** that this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

　　　Dated this 30th day of October, 2012.

_____
G. Murray Snow
United States District Judge